IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SCOTT HESS, § § § Plaintiff, § VS. § § FONG, § § Defendant. § | CIVIL ACTION NO. 3:15-CV-13 |

## ORDER OF DISMISSAL

The plaintiff, Scott Hess, has filed a complaint under 42 U.S.C. § 1983 claiming that the defendant, Mr. Fong, a physician's assistant, provided him with Constitutionally deficient medical treatment (Dkt. 1). Hess has also provided a more definite statement of his claims (Dkt. 11). However, Hess has failed to state a cognizable claim. The Court issued a show cause order in which it ordered Hess to state his claims in more detail (Dkt. 19). Hess never responded and has not otherwise contacted the Court.

A court may dismiss an action *sua sponte* for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031–32 (5th Cir. 1998). "This authority flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626

1

(1962)). Hess has not complied with the Court's show cause order, and he has not shown any desire to continue pursuing this case.

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's order to show cause.

2. Any pending motions are **DENIED** as moot.

This is a **FINAL JUDGMENT**.

The Clerk is directed to provide a copy of this order to the parties.

SIGNED at Galveston, Texas on November 28, 2017.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE